UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALAN REED,
       Plaintiff,

v.

HEATHER L. HAYE AND
SUE BIDWELL.,

       Defendants
                                       /

CASE NUMBER: 20-CV-13037

HON. ROBERT H. CLELAND

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

                                                 s/Robert H. Cleland
                                                 ROBERT H. CLELAND
                                                 UNITED STATES DISTRICT JUDGE

Dated:  February 26, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 26, 2021, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (810) 292-6522